FILED
CLERK, U.S. DISTRICT COURT

FEB - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN O. MADDEN,<br><br>        Petitioner,<br><br>    v.<br><br>M.D. BITER, Warden,<br><br>        Respondent. | NO. CV 11-8065-JVS (E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without leave to amend, but without prejudice.

DATED: _____2-8_____, 2012.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE